| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Linn, Richard | 2. Court or Organization<br><br>U.S. Court of Appeals, Fed Cir | 3. Date of Report<br><br>04/28/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>717 Madison Place, N.W.<br>Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Intellectual Property Advisory Board, George Washington University Law School |
| 2. Past-President | The Giles S. Rich American Inn of Court |
| 3. Member | The Richard Linn American Inn of Court |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Ben Franklin American Inn of Court | January 23, 2007 | Philadelphia, PA | Inn of Court meeting | Transportation and Meal |
| 2. | The Federal Circuit Bar Association | February 15-18, 2007 | Berkeley, CA | Bench and Bar Conference | Transportation, Meals, and Hotel |
| 3. | New York Intellectual Property Law Association | March 23-25, 2007 | New York, NY | Annual Judges Dinner | Transportation, Meals, and Hotel |
| 4. | The Richard Linn American Inn of Court | April 12-13, 2007 | Chicago, IL | Inn of Court meeting | Transportation and Meal |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/28/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |


## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash Equivalent Account # 1 | A | Interest | | | Redeem | 3/28 | J | A | |
| 2. Cash Equivalent Account # 3 | A | Interest | J | T | | | | | |
| 3. Brokerage Account # 7 | | | | | | | | | |
| 4. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 5. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 6. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 7. Brokerage Account # 8 | | | | | | | | | |
| 8. - AMCAP Fund Class 529A | A | Dividend | | | Sell | 10/12 | J | A | |
| 9. - EuroPacific Growth Fund Class 529A | A | Dividend | | | Sell | 10/12 | J | A | |
| 10. - Intermediate Bond Fund of America Class 529A | A | Dividend | | | Sell | 10/12 | J | A | |
| 11. - Cash Management Trust of America Class 529A | A | Dividend | | | Sell | 10/12 | J | A | |
| 12. Brokerage Account # 9 | | | | | | | | | |
| 13. - AMCAP Fund Class 529A | A | Dividend | J | T | Buy | 10/12 | J | | |
| 14. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | Buy | 10/12 | J | | |
| 15. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | Buy | 10/12 | J | | |
| 16. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | Buy | 10/12 | J | | |
| 17. Brokerage Account # 10 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - AMCAP Fund Class 529A | A | Dividend | J | T | Buy | 10/12 | J | | |
| 19. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | Buy | 10/12 | J | | |
| 20. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | Buy | 10/12 | J | | |
| 21. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | Buy | 10/12 | J | | |
| 22. Brokerage Account # 11 | | | | | | | | | |
| 23. - AMCAP Fund Class 529A | A | Dividend | J | T | Buy | 10/12 | J | | |
| 24. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | Buy | 10/12 | J | | |
| 25. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | Buy | 10/12 | J | | |
| 26. International Bond Fund of America Class 529A | A | Dividend | J | T | Buy | 10/12 | J | | |
| 27. Brokerage Account # 12 | | | | | | | | | |
| 28. - AMCAP Fund Class 529A | A | Dividend | | | Sell | 10/12 | J | A | |
| 29. - EuroPacific Growth Fund Class 529A | A | Dividend | | | Sell | 10/12 | J | A | |
| 30. - Washington Mutual Investors Fund Class 529A (X) | A | Dividend | | | Sell | 10/12 | J | A | |
| 31. - Intermediate Bond Fund of America Class 529A | A | Dividend | | | Sell | 10/12 | J | A | |
| 32. - Cash Management Trust of America Class 529A | A | Dividend | | | Sell | 10/12 | J | A | |
| 33. Brokerage Account # 13 | | | | | | | | | |
| 34. - American Funds Growth-Income Separate Account | | None | L | T | Part Sell | 6/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - American Funds Growth Separate Account | | None | M | T | Part Sell | 6/21 | J | A | |
| 36.   - T. Rowe Price Large Cap Growth Portfolio Separate Account | | None | M | T | Part Sell | 6/21 | J | A | |
| 37.   - Harris Oakmark Large Cap Value Separate Account | | None | M | T | Part Sell | 6/21 | J | A | |
| 38.   - Russell 2000 Index Portfolio Separate Account | | None | L | T | Part Sell | 6/21 | J | A | |
| 39.   - Fl International Stock Portfolio Separate Account | | None | M | T | Part Sell | 6/21 | J | A | |
| 40.   Brokerage Account # 14 | | | | | | | | | |
| 41.   - Neuberger Berman Real Estate Portfolio Separate Account | | None | K | T | | | | | |
| 42.   - MetLife Stock Index Portfolio Separate Account | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/28/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544